

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/03/2020

September 3, 2020

**BY ECF AND EMAIL**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Winton Delorbe-Luna*, 18 Cr. 384 (VEC)

Dear Judge Caproni:

    The Government writes to update the Court regarding its collection of the Mr. Delorbe Luna's records in the above-captioned matter. In the Government's August 25, 2020 letter, the Government informed the Court that GEO Group, which manages North Lake Correctional Institute ("North Lake,") had experienced a cyber-attack and could not access Mr. Delorbe Luna's medical records. The Court gave the Government a one-week extension to file its opposition to Mr. Delorbe Luna's motion for compassionate release, and directed the Government to notify the Court if it could not obtain Mr. Delorbe Luna's records by September 4, 2020. This morning, Adam Johnson, Deputy Regional Counsel for BOP's Northeast Regional Counsel, informed the Government that GEO Group still does not have access to its electronic records. Consequently, the Government requests a one-week extension of its deadline to file its opposition to Mr. Delorbe Luna's motion, so that it can collect all necessary records from North Lake. The Government will submit a letter to the Court on or before September 10, 2020, advising the Court of the status of its efforts to obtain Mr. Delorbe Luna's records.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:    */s/ Sheb Swett*
    Sheb Swett
    Assistant United States Attorney
    Southern District of New York
    (212) 637-6522

cc:    Winton Delorbe-Luna (by mail)

Per the Court's August 26, 2020 order, the Government's time to respond to Mr. Delorbe-Luna's motion is adjourned until one week from the date of receipt of Mr. Delorbe-Luna's records.  The Government is instructed to update the Court on its efforts to obtain Mr. Delorbe-Luna's records no later than September 10, 2020.

SO ORDERED.

09/03/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE