USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
    UNITED STATES OF AMERICA                                  :
                                                              :
             -against-                                        :   18-CR-384 (VEC)
                                                              :
    WINTON DELORBE-LUNA,                                      :   ORDER
                                                              :
                            Defendant.                        :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 26, 2019, Winton Delorbe-Luna ("Defendant") was sentenced principally to a term of imprisonment of ten years, *see* Judgment, Dkt. 38;

WHEREAS on December 1, 2023, Defendant filed a motion requesting that the Court consider a sentence reduction pursuant to Amendment 821 to the U.S. Sentencing Guidelines ("Amendment 821"), *see* Mot., Dkt. 62, which went into effect on November 1, 2023, and which applies retroactively; *see* U.S.S.G. §§ 1B1.10, 4A1.1(e), 4C1.1;

WHEREAS on December 19, 2023, the United States Probation Department reported that Defendant is not eligible for a sentence reduction, *see* Probation Report, Dkt. 63; and

WHEREAS the Court has considered the record in this case;

IT IS HEREBY ORDERED that Defendant is ineligible for a sentence reduction pursuant to Amendment 821 because Defendant was sentenced to the mandatory minimum term of imprisonment. *See* 21 U.S.C. § 841(b)(1)(A) (minimum term of imprisonment for conspiracy to distribute and possess with intent to distribute cocaine in the quantities involved here is ten years). Defendant's motion is therefore DENIED.

2

      IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close the open motion at Dkt. 62, to mail a copy of this Order to Mr. Delorbe-Luna, and to note the mailing on the docket.

**SO ORDERED.**

**Dated: December 20, 2023**
      **New York, NY**

_____
      **VALERIE CAPRONI**
      **United States District Judge**